RECEIVED
SDNY PRO SE OFFICE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

2020 OCT 27   AM 10: 25

Isabel Ochoa
_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been
assigned)

-against-

New York City Department of Education;

Angel Ortega, Principal MS 391

Do you want a jury trial?

☒ Yes   ☐ No

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

# EMPLOYMENT DISCRIMINATION COMPLAINT

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with
the court should therefore *not* contain: an individual's full social security number or full birth
date; the full name of a person known to be a minor; or a complete financial account number. A
filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule
of Civil Procedure 5.2.

RECEIVED

2020 OCT 21   PM 5: 02

U.S. COURT OF APPEALS
SECOND CIRCUIT
HIGH DEPOSITORY

Rev. 3/24/17

## I.   PARTIES

### A.   Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Isabel | M. | Ochoa |
|---|---|---|
| First Name | Middle Initial | Last Name |

2857 Sampson Avenue
_____
Street Address

| Bronx, Bronx | NY | 10465 |
|---|---|---|
| County, City | State | Zip Code |

| 9173747144 | juneochoa@yahoo.com |
|---|---|
| Telephone Number | Email Address (if available) |

### B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:

New York City Department of Education
_____
Name

Tweed Courthouse, 52 Chambers Street
_____
Address where defendant may be served

| New York, New York | NY | 10007 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

Angel Ortega; Principal MS 391X
_____
Name

2190 Folin Street
_____
Address where defendant may be served

| Bronx, Bronx | NY | 10457 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| | |
|---|---|
| Name | |
| | ‹ |
| Address where defendant may be served | |
| County, City | State | Zip Code |

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

**MS 391**

Name

**2190 Folin Street**

Address

| | | |
|---|---|---|
| Bronx, Bronx | NY | 10457 |
| County, City | State | Zip Code |

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒    **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☒    race:            **Hispanic**

☐    color:

☐    religion:

☐    sex:

☒    national origin:    **Peruvian**

Page 3

☒ **42 U.S.C. § 1981,** for intentional employment discrimination on the basis of race

    My race is:   <u>Hispanic                              </u>

☒ **Age Discrimination in Employment Act of 1967,** 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

    I was born in the year:   <u>1962                     </u>

☐ **Rehabilitation Act of 1973,** 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

    My disability or perceived disability is: <u>                     </u>

☐ **Americans with Disabilities Act of 1990,** 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

    My disability or perceived disability is: <u>                     </u>

☐ **Family and Medical Leave Act of 1993,** 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

**B.   Other Claims**

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law,** N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law,** N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

<u>                                                        </u>

## IV.   STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐  did not hire me
- ☒  terminated my employment
- ☐  did not promote me
- ☐  did not accommodate my disability
- ☐  provided me with terms and conditions of employment different from those of similar employees
- ☒  retaliated against me
- ☒  harassed me or created a hostile work environment
- ☐  other (specify): _____

_____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

Please see attached _____

_____

_____

_____

_____

_____

_____

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.   ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

    ☒ Yes (Please attach a copy of the charge to this complaint.)

        When did you file your charge?   **9/25/19**

    ☐ No

Have you received a Notice of Right to Sue from the EEOC?

    ☒ Yes (Please attach a copy of the Notice of Right to Sue.)

        What is the date on the Notice?   **9/24/20**

        When did you receive the Notice?   **10/1/20**

    ☐ No

## VI.   RELIEF

The relief I want the court to order is (check only those that apply):

    ☒ direct the defendant to hire me

    ☒ direct the defendant to re-employ me

    ☐ direct the defendant to promote me

    ☐ direct the defendant to reasonably accommodate my religion

    ☐ direct the defendant to reasonably accommodate my disability

    ☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

monetary damages, emotional distress damages, tenure, backpay

## VII.   PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 10/13/2020 | | *Isabel Ochoa* |
|---|---|---|
| Dated | | Plaintiff's Signature |
| **Isabel** | **M.** | **Ochoa** |
| First Name | Middle Initial | Last Name |
| **2857 Sampson Avenue, 1st Floor** | | |
| Street Address | | |
| **Bronx** | **NY** | **10465** |
| County, City | State | Zip Code |
| **917 374 7144** | **juneochoa@yahoo.com** | |
| Telephone Number | Email Address (if available) | |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes   ☐ No

    If you do consent to receive documents electronically, submit the completed form with your
complaint. If you do not consent, please do not attach the form.

### ADDENDUM TO FEDERAL COMPLAINT FOR ISABEL OCHOA @ 10/13/20

1)  I worked with the NYCDOE since 1996, first as a paraprofessional, and then was employed as a special education teacher with the NYCDOE from 2010 until 2015 and then again from 2016 until my probationary discontinuance as a teacher in the NYCDOE in June 2019.

2)  I am presently 58 years old, of Hispanic race, and Peruvian national origin.

3)  My principal Angel Ortega is in his 40s and of Dominican national origin.

4)  I believe I was discriminated against based on my age and national origin.

5)  I have a heavy Spanish accent, and an Assistant Principal Beth Shimkin criticized me for my accent.

6)  I was one of the oldest teachers at the school.   Younger teachers were not discontinued like I was in June 2019.

7)  I previously filed a complaint of discrimination with the SDHR in 2016.

8)  I believe I have been retaliated against with another discontinuance of employment after I filed a protected complaint of discrimination in 2016.

9)  I was nominated for another teaching position at Esperanza Preparatory Academy in Manhattan in September 2020 with the NYCDOE, but the offer was withdrawn after the new principal speaking to my previous principal.

10) I believe I am being discriminated against based on my age, race, and national origin, and retaliated against by filing previous SDHR complaints against the NYCDOE.

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

ISABEL OCHOA,

                                    Complainant,

                v.

CITY OF NEW YORK, DEPARTMENT OF
EDUCATION,

                                    Respondent.

VERIFIED COMPLAINT
Pursuant to Executive Law,
Article 15

Case No.
**10204074**

---

Federal Charge No. 16GC000020

     I, Isabel Ochoa, residing at 92 Van-Cortlandt Park South, Apt.# 2F, Bronx, NY, 10463, charge the above named respondent, whose address is Office of the General Counsel 52 Chambers Street, Room 308, New York, NY, 10007 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of age, national origin, race/color, opposed discrimination/retaliation.

     Date most recent or continuing discrimination took place is 9/24/2019.

     The allegations are:  See attached.

Based on the foregoing, I charge respondent with an unlawful discriminatory practice relating to employment because of age, national origin, race/color, opposed discrimination/retaliation, in violation of the New York State Human Rights Law (Executive Law, Article 15), Section 296.

I also charge the above-named respondent with violating Title VII of the Civil Rights Act of 1964, as amended (covers race, color, creed, national origin, sex relating to employment).  I hereby authorize SDHR to accept this verified complaint on behalf of the U.S. Equal Employment Opportunity Commission (EEOC) subject to the statutory limitations contained in the aforementioned law(s).

RECEIVED
2020 OCT 21  PM 5: 04
U.S. COURT OF APPEALS
SECOND CIRCUIT
NIGHT DEPOSITORY

RECEIVED

# New York State Division of Human Rights
## Complaint Form

SEP 25 2019

BROOKLYN REGIONAL OFFICE

### CONTACT INFORMATION

**My contact information:**

Name: Isabel Ochoa

Address: 92 Van-Cortlandt Park So   Apt or Floor #: 2F

City: Bronx   State: NY   Zip: 10463

### REGULATED AREAS

I believe I was discriminated against in the area of:

- ☒ Employment
- ☐ Education
- ☐ Volunteer firefighting
- ☐ Apprentice Training
- ☐ Boycotting/Blacklisting
- ☐ Credit
- ☐ Public Accommodations *(Restaurants, stores, hotels, movie theaters amusement parks, etc.)*
- ☐ Housing
- ☐ Labor Union, Employment Agencies
- ☐ Commercial Space
- ☐ Internship

**I am filing a complaint against:**

Company or Other Name: Department of Education

Address: 2225 Webster Ave.

City: Bronx, NY   State: NY   Zip: 10457

Telephone Number: 718 925-6678
(area code)

Individual people who discriminated against me:

Name: ~~Jennifer Balsa~~   Name: _____

Title: ~~Assistant Principal~~   Title: _____

### DATE OF DISCRIMINATION

The most recent act of discrimination happened on:   9 (month)   24 (day)   19 (year)

3

## BASIS OF DISCRIMINATION

*Please tell us why you were discriminated against by checking one or more of the boxes below.*

 You do not need to provide information for every type of discrimination on this list. Before you check a box, make sure you are checking it only if you believe it was a reason for the discrimination. Please look at the list on Page 1 for an explanation of each type of discrimination.

**Please note**: Some types of discrimination on this list do not apply to all of the regulated areas listed on Page 3. (For example, Conviction Record applies only to Employment and Credit complaints, and Domestic Violence Victim Status is a basis only in Employment complaints). These exceptions are listed next to the types of discrimination below.

### I believe I was discriminated against because of my:

| | |
|---|---|
| ☒ **Age** *(Does not apply to Public Accommodations)*<br>Date of Birth: 5 | ☐ **Genetic Predisposition** *(Employment only)*<br>Please specify: |
| ☐ **Arrest Record** *(Only for Employment, Licensing, and Credit)*<br>Please specify: | ☐ **Marital Status**<br>Please specify: |
| ☐ **Conviction Record** *(Employment and Credit only)*<br>Please specify: | ☐ **Military Status:**<br>Please specify: |
| ☐ **Creed / Religion**<br>Please specify: | ☒ **National Origin** Peru.<br>Please specify: Hispanic |
| ☐ **Disability**<br>Please specify: | ☒ **Race/Color or Ethnicity**<br>Please specify: Latina<br>Lima — Peru |
| ☐ **Pregnancy-Related Condition:**<br>Please specify: | ☐ **Sex**<br>Please specify: ☐ Female  ☐ Male<br>    ☐ **Pregnancy**<br>    ☐ **Sexual Harassment** |
| ☐ **Domestic Violence Victim Status:**<br>*(Employment only)*<br>Please specify: | ☐ **Sexual Orientation**<br>Please specify: |
| ☐ **Familial Status** *(Does not apply to Public Accommodations or Education)*<br>Please specify: | ☒ **Retaliation** *(if you filed a discrimination case before, or helped someone else with a discrimination case, or reported discrimination due to race, sex, or any other category listed above)*<br>Please specify: In 2015 I filed a discrimination form. |

 Before you turn to the next page, please check this list to make sure that you provided information *only* for the type of discrimination that relates to your complaint.

5

# EMPLOYMENT OR INTERNSHIP DISCRIMINATION

*Please answer the questions on this page only if you were discriminated against in the area of employment or internship. If not, turn to the next page.*

**How many employees does this company have?**

a) 1-3        b) 4-14        c) 15 or more        (d) 20 or more        e) Don't know

**Are you currently working for the company?**

☐ Yes

Date of hire:        (_____    _____    _____)        What is your job title? _____
                        Month        day        year

☒ No

Last day of work:    ( __6__    __26__    __19__ )        What was your job title? *Teacher*
                        Month        day        year

☑ I was not hired by the company

Date of application: ( __9/__    __16__    __16__ )
                        Month        day        year

## ACTS OF DISCRIMINATION

**What did the person/company you are complaining against do? Please check all that apply.**

☒ Refused to hire me

☒ Fired me / laid me off

☐ Did not call me back after a lay-off

☐ Demoted me

☐ Suspended me

☐ Sexually harassed me

☒ Harassed or intimidated me (other than sexual harassment)

☐ Denied me training

☒ Denied me a promotion or pay raise

☐ Denied me leave time or other benefits

☐ Paid me a lower salary than other workers in my same title

☐ Gave me different or worse job duties than other workers in my same title

☐ Denied me an accommodation for my disability

☐ Denied me an accommodation for my religious practices

☒ Gave me a disciplinary notice or negative performance evaluation

☒ Other: _Retaliation because I complained to the UFT of an observation not done appropreately._

**DESCRIPTION OF DISCRIMINATION -** for <u>all complaints</u> *(Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)*

*Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory.* **PLEASE TYPE OR PRINT CLEARLY.**

I am Hispanic, of Peruvian national origin who has opposed discrimination. The respondent's principal had discriminated me against because of my race, color, national origin and for opposing to unlawful discriminatory act (Retaliation).

During my entire tenure, my work performance as well as my time attendance has been satisfactory until respondent did not provided the extension form to be revised by UFT Lawyers terminating my probationary appointment on 6/26/18. I was originally hired by ~~the respondent~~ Ms. Abadia ~~than~~, Ms. Fortiche and the last principal Mr. Angel Ortega. During the three years I did not have support or Teacher improvement plan. Since the year that I was hired 2016. I Got Effective year 2016-2017 but the second year I was attached to a class that I never taught and got in-effective otherwise should get effective. year 2017-2018. On year 2018-2019 overall score I got effective. ~~without~~ ~~On~~ On 6/28/2019, without any progressive disciplinary action, respondent's principal →

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* **PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.**

→ terminated my employment. It is
noticed that the principal never presented
the extension form to discuss and to be
revised by the UFT Lawyer. The principal's
actions deviated and departure from the
provisions of the collective agreement
United Federation Teacher's agreement act
that before terminating a teacher must .
have a formal meeting to discuss termination
or probationary extension.

It is also noted that Ms. Shimkin
Assistant principal
harassed me because of my origin.
Hispanic of Peruvian nationality (specifically
Ms. Shinkim made it noticeable my
foreign accent).

It is also noted that Ms. Shimkin
also targeted other Hispanic teachers
because of Hispanic origin.

. I charge the respondent with an .
unlawful discriminatory act in violation
of the title VII of the Civil Rights Act of
1964 as amended as well as a violation
of the New York State. Human Rights Law
( Executive Law, Article 15 section 298 ).

## NOTARIZATION OF THE COMPLAINT

Based on the information contained in this form, I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing my housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing),as applicable. This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.


*Isabel Ochoa*
Sign your full legal name


Subscribed and sworn before me,
This 25 day of Sept, 20 19

*Robert Tong*
Signature of Notary Public

County: Kings        Commission expires: Nov 21, 2020

ROBERT TONG
Notary Public, State of New York
Reg. No. 01TO6351029
Qualified in Kings County
My Commission Expires 11-21-2020


**Please note: Once this form is notarized and returned to the Division, it becomes a legal document and an official complaint with the Division of Human rights. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are accusing of discrimination.**

9



**Division of
Human Rights**

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

| | |
|---|---|
| NEW YORK STATE DIVISION OF<br>HUMAN RIGHTS on the Complaint of<br><br>ISABEL OCHOA,<br><br>                                 **Complainant,**<br><br>                   v.<br><br>CITY OF NEW YORK, DEPARTMENT OF<br>EDUCATION,<br><br>                               **Respondent.** | DETERMINATION AND<br>ORDER OF DISMISSAL FOR<br>ADMINISTRATIVE<br>CONVENIENCE<br><br><br>Case No.<br>10204074 |

Federal Charge No. 16GC000020

    On 9/25/2019, Isabel Ochoa filed a verified complaint with the New York State Division of Human Rights ("Division") charging the above-named Respondent with an unlawful discriminatory practice relating to employment because of age, national origin, race/color, and opposed discrimination/retaliation in violation of N.Y. Exec Law, art. 15 ("Human Rights Law").

    Pursuant to Section 297.3 of the Human Rights Law, the Division finds that noticing the complaint for hearing would be undesirable and the complaint, therefore, is ordered dismissed on the grounds of administrative convenience for the following reason(s): The Complainant intends to pursue federal remedies in court, in which forum all the issues concerning the question of discrimination charged can be resolved.

    Section 297.9 of the Human Rights Law provides that:

    ... where the Division has dismissed such complaint on the grounds of the administrative convenience, ... such person shall maintain all rights to bring suit as if no complaint had been filed.

    PLEASE TAKE NOTICE that any party to this proceeding may appeal this Determination to the New York State Supreme Court in the County wherein the alleged unlawful discriminatory practice took place by filing directly with such court a Notice of Petition and Petition <u>within sixty (60) days after service of this Determination</u>.  A copy of this Notice and Petition must also be served on all parties including General Counsel, State Division of Human

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Isabel Ochoa**
     **92 Van-Cortlandt Park South, Apt.# 2F**
     **Bronx, NY 10463**

From: **New York District Office**
      **33 Whitehall Street**
      **5th Floor**
      **New York, NY 10004**

| | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **16G-2020-00020** | **Holly M. Shabazz,**<br>**State & Local Program Manager** | **(929) 506-5316** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X]  Other *(briefly state)*      **Charging Party wishes to pursue matter in Federal District Court.**

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Judy A. Keenan*                                          September 24, 2020

Enclosures(s)

**Judy A. Keenan,**
**District Director**

*(Date Mailed)*

cc:  **CITY OF NEW YORK, DEPARTMENT OF EDU**
     **Office of the General Counsel**
     **52 Chambers Street, Room 308**
     **New York, NY 10007**

Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458.  DO NOT FILE THE
ORIGINAL NOTICE AND PETITION WITH THE STATE DIVISION OF HUMAN RIGHTS.

Your charge was also filed under Title VII of the Civil Rights Act of 1964.  Enforcement
of the aforementioned law(s) is the responsibility of the U.S. Equal Employment Opportunity
Commission (EEOC).  You have the right to request a review by EEOC of this action.  To secure
review, you must request it in writing, within 15 days of your receipt of this letter, by writing to
EEOC, New York District Office, 33 Whitehall Street, 5th Floor, New York, New York 10004-
2112.  Otherwise, EEOC will generally adopt our action in your case.

Dated:        01/29/20
          Brooklyn, New York

                    STATE DIVISION OF HUMAN RIGHTS


          By:      _____
                    William LaMot
                    Regional Director