USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 09/01/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISABEL OCHOA,

                **Plaintiff,**

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, ET AL.,

                **Defendants.**

20-cv-09014 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiff's letter dated August 26, 2021 advising the Court of the error in her original IFP application. ECF No. 39. The Court hereby VACATES the order granting Plaintiff's original IFP application. ECF No. 4. Plaintiff's revised application is hereby DENIED. *See* 28 U.S.C. § 1915.

    Plaintiff is hereby ORDERED to pay the $400.00 filing fee by no later than October 1, 2021. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States,* 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

**SO ORDERED.**

**Dated:** **September 1, 2021**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**