UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/2022

ISABEL M. OCHOA,

      **Plaintiff,**

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION and ANGEL ORTEGA,

      **Defendants.**

20-cv-9014 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  Following the Court's August 24, 2022 Opinion & Order, all of Plaintiff's claims have been dismiss. Accordingly, the Clerk of the Court is respectfully directed to close this case.

**SO ORDERED.**

Dated: October 5, 2022
    New York, New York

                **ANDREW L. CARTER, JR.**
                **United States District Judge**